IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARRY FIALA, INC.,

    Plaintiff,

VS.                            NO. 02-2248-Ma

STORED VALUE SYSTEMS, INC.,

    Defendant.

ORDER STAYING PROCEEDINGS

Before the court is the June 7, 2005, joint motion of the parties for a stay of this proceeding to allow the parties an opportunity to pursue mediation of this matter. For good cause shown, the motion is granted. This case is stayed until July 15, 2005, to allow time for mediation efforts of the parties.

A status conference is **set Wednesday, July 20, 2005, at 9:00 a.m.,** at which time the parties will report to the court on the status of mediation. If the matter has not been settled, the court will conduct a scheduling conference at that time.

It is so ORDERED this 10th day of June, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 181 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

Honorable Samuel Mays
US DISTRICT COURT