IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 19  AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BARRY FIALA, INC.,

    Plaintiff,

VS.                                NO. 02-2248-Ma

STORED VALUE SYSTEMS, INC.,

    Defendant.

## ORDER AMENDING SCHEDULE

The court held a status conference in this matter on August 3, 2005. Attending on behalf of the plaintiff were Richard Carter and Paul Morris. Participating on behalf of the defendant were Alan Fisch and Jonathan Hancock. The court lifted the stay and amended the schedule as follows:

1. The deadline for completing discovery is October 14, 2005.

2. The deadline for filing potentially dispositive motions is December 15, 2005.

3. The parties shall file a joint proposed pretrial order by 5:00 p.m., March 30, 2006.

4. A pretrial conference is reset to Thursday, April 6, 2006, at 1:30 p.m.

5. The case is reset for jury trial on Monday, April 17, 2006, at 9:30, and is expected to take 10 days.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

186

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 18th day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 186 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Honorable Samuel Mays
US DISTRICT COURT