IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BARRY FIALA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.   02-2248 Ma/An |
| | ) | |
| STORED VALUE SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

---

## ORDER

---

Before the Court is Plaintiff's Motion for Protective Order and to Quash the Subpoena for the Deposition of Richard M. Carter filed on June 1, 2005. United States District Judge Samuel H. Mays, Jr. referred this matter to the United States Magistrate Judge for a determination on June 6, 2005. On June 10, 2005, however, the case was stayed in order for the parties to engage in mediation. The stay was lifted on August 3, 2005 when the mediation failed and therefore Defendant's response to Plaintiff's Motion is now due. Defendant will have eleven (11) days from the entry of this order to file a response to the Motion.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: September 20, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 187 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT