IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BARRY FIALA, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO.   02-2248 Ma/An |
| STORED VALUE SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |

### ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND TO QUASH THE SUBPOENA FOR THE DEPOSITION OF RICHARD M. CARTER

Before the Court is Plaintiff's Motion for Protective Order and to Quash the Subpoena for the Deposition of Richard M. Carter filed on June 1, 2005. Defendant Stored Value Systems, Inc., filed a Notice of Mootness in response to Plaintiff's Motion on October 3, 2005. Because Defendant no longer intends to take the deposition of Mr. Carter, Plaintiff's Motion is **DENIED** as moot.

IT IS SO ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 20, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 205 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Honorable Samuel Mays
US DISTRICT COURT