IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BARRY FIALA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   02-2248 Ma/An |
| | ) | |
| STORED VALUE SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

FILED BY ___ D.C.
05 OCT 26 AM 9:18
THOMAS M. GOULD
CLERK, US DISTRICT COURT
MEMPHIS

## ORDER DENYING MOTION OF ARTHUR BLANK & CO., INC., FOR EXTENSION OF TIME

Before the Court is non-party Arthur Blank & Co., Inc.'s ("Blank") Motion for Extension of Time filed on October 7, 2005. United States District Judge Samuel H. Mays, Jr., referred the Motion to United States Magistrate Judge for determination. Blank sought to extend by seven (7) days the schedule for submission of Blank's opposition to Defendant's motion to compel filed on September 29, 2005. Because Blank has already filed its opposition, Blank's Motion is **DENIED** as moot.

IT IS SO ORDERED.

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 24, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10-26-05

211

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 211 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Honorable Samuel Mays
US DISTRICT COURT