IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARRY FIALA, INC.,

    Plaintiff,

VS.                            NO. 02-2248-Ma

STORED VALUE SYSTEMS, INC.,

    Defendant.

## ORDER OF REFERENCE

Before the court are three motions filed by defendant on October 31, 2005, (1) to compel Fiala to answer the fourth set of interrogatories, for costs and attorney fees, (2) to compel Fiala to provide complete responses to third set of interrogatories, for costs and attorney fees, and to allow defendant to complete the third party deposition of Moore Wallace North America, Inc.

The motions are hereby referred to the magistrate judge for a determination. Any exceptions to the magistrate's report shall be made within ten (10) days of the report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

It is so ORDERED this 31st day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 217 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Honorable Samuel Mays
US DISTRICT COURT