UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 AM 11: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BARRY FIALA, INC.,

    Plaintiff

v.

STORED VALUE SYSTEMS, INC.

    Defendant

CIVIL ACTION NO. 2:02cv2248-Ma

## ORDER GRANTING MOTION OF ARTHUR BLANK & CO., INC., TO BE ALLOWED TO INTERVENE

UPON CONSIDERATION OF THE MOTION BY ARTHUR BLANK & COMPANY TO BE ALLOWED TO INTERVENE TO OPPOSE TO THE DEFENDANT'S MOTION TO COMPEL PRODUCTION OF LICENSE AGREEMENTS, SETTLEMENT AGREEMENTS, AND RELATED DOCUMENTS, IT APPEARS TO THE COURT THAT THE MOTION IS WELL-TAKEN AND SHOULD BE GRANTED. THEREFORE, IT IS HEREBY

ORDERED THAT ARTHUR BLANK & COMPANY IS ALLOWED TO INTERVENE IN THIS MATTER TO PROTECT ITS CONFIDENTIALITY INTERESTS.

THIS  03rd  DAY OF November ~~OCTOBER~~, 2005.

_____
S. THOMASON ANDERSON
UNITED STATES MAGISTRATE JUDGE

**APPROVED:**

_____

- 1 -
This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-7-05

218

**KEMPER DURAND**
**THOMASON, HENDRIX, HARVEY, JOHNSON & MITCHELL, PLLC**
**40 S MAIN ST., SUITE 2900**
**MEMPHIS, TN 38103**
**(901) 525-8721**

**OF COUNSEL:**

**KENNETH R. BERMAN**
**NUTTER, MCCLENNEN & FISH, LLP**
**WORLD TRADE CENTER WEST**
**155 SEAPORT BOULEVARD**
**BOSTON, MA 02210**
**(617) 439-2000**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 218 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Honorable Samuel Mays
US DISTRICT COURT