IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARRY FIALA, INC.,

    Plaintiff,

V.                                                   NO. 02-2248-MaAn

STORED VALUE SYSTEMS, INC.,

    Defendant.

## ORDER GRANTING PERMISSION TO FILE SUR-REPLY

Before the court is plaintiff's November 7, 2005, motion to file a reply memorandum in further support of its motion to strike the new expert report of James Dion. For good cause shown, the motion to file is granted and plaintiff may file its reply in the form attached to the motion.

It is so ORDERED this 22d day of November, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11/29/05

232

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 232 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Honorable Samuel Mays
US DISTRICT COURT