IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | | |
|---|---|---|---|
| BARRY FIALA, INC., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 02-2248 Ma/An |
| | ) | | |
| STORED VALUE SYSTEMS, INC., | ) | | |
| | ) | | |
| Defendant. | ) | | |

### ORDER SETTING HEARING

Before the Court is Defendant's Request for Hearing on Seven Pending Motions filed on November 14, 2005. United States District Judge Samuel H. Mays, Jr., referred the matter to the United States Magistrate Judge. After consideration, it is **ORDERED** that a hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **Wednesday, December 28, 2005 at 10:00 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

IT IS SO ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 01, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 240 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Honorable Samuel Mays
US DISTRICT COURT