IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARRY FIALA, INC.,

    Plaintiff,

V.                                          NO. 02-2248-MaAn

STORED VALUE SYSTEMS, INC.,

    Defendant.

_____

ORDER GRANTING PERMISSION TO FILE REPLY

_____

Before the court is plaintiff's November 23, 2005, motion to file a reply in further support of its motion to compel discovery and to extend discovery. For good cause shown, the motion is granted. Plaintiff may file its reply in support of the motion.

It is so ORDERED this 19th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 79(a) FRCP on ____12-21-05

242

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 242 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Samuel Mays
US DISTRICT COURT