IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 28 AM 9:12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| BARRY FIALA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   02-2248 Ma/An |
| | ) | |
| STORED VALUE SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING INTERVENOR'S MOTION

Before the Court is the Intervenor's Emergency Motion to Continue Hearing Date on Stored Value Systems, Inc.'s Motion to Compel Production of Licensing Agreements, Settlement Agreements, and Related Documents filed on December 15, 2005. Currently, a hearing on this motion to compel and six other pending motions is set for Wednesday, December 28, 2005. After consideration and consultation with the parties, arguments on the motion to compel will not be heard on December 28th and the Court will decide the motion based upon the memorandums already submitted by the parties. As such, the Intervenor's Motion is **GRANTED**. If the Court decides after review of the parties' memorandums that the motion should be set for a hearing, the Court will address the matter by a separate order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 22, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-30-05

247

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 247 in case 2:02-CV-02248 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Kenneth R. Berman
NUTTER MCCLENNEN & FISH
World Trade Center West
155 Seaport Blvd
Boston, MA 02210--260

Barry E Bretschneider
MORRISON & FOERSTER, LLP
1650 Tysons Blvd.
Ste. 300
McLean, VA 22102

Jason F. Hoffman
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Paul Howard Morris
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Russell H. Walker
WALKER MCKENZIE & WALKER, P.C.
6363 Poplar Avenue
Ste. 434
Memphis, TN 38119

J. Jay Guiliano
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Alan M. Fisch
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Richard M. Carter
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Kelly A. Clement
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue N. W.
Washington, DC 20004

Honorable Samuel Mays
US DISTRICT COURT